**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000452
28-OCT-2015
11:44 AM**

NO. CAAP-15-0000452


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GIAMPAOLO BOSCHETTI, aka G. PAUL BOSCHETTI,
Plaintiff-Appellee,
v.
ERNESTINE K. MARFIL,
Defendant-Appellant,
and
HEIRS and/or DEVISEES OF NAPOE(K), et al.,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0889(1))

ORDER DENYING OCTOBER 22, 2015 HRAP RULE 40 MOTION FOR
RECONSIDERATION OF OCTOBER 13, 2015 ORDER GRANTING
AUGUST 18, 2015 MOTION TO DISMISS APPELLATE COURT
CASE NUMBER CAAP-15-0000452 FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Foley and Reifurth, JJ.)

Upon review of (1) the October 13, 2015 order granting

Plaintiff-Appellee Giampaolo Boschetti's (Appellee Boschetti)

August 18, 2015 motion to dismiss appellate court case number

CAAP-15-0000452 for lack of appellate jurisdiction (Order),

(2) Defendant-Appellant Ernestine K. Marfil's (Appellant Marfil)

October 22, 2015 motion for reconsideration of the Order, and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the Order. Therefore,

IT IS HEREBY ORDERED that Appellant Marfil's October 22, 2015 Motion to Set Aside Order Granting August 18, 2015 Motion to Dismiss Appellate Court Case Number CAAP-15-0000452 for Lack of Appellate Jurisdiction is denied.

DATED: Honolulu, Hawai'i, October 28, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-